IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PRINCESTHER COURTNEY-TAYLOR** § | | |
| *Plaintiff*, § | | |
| § | | |
| VS. § | Civil Action No. 4:22-cv-2500 | |
| § | | |
| **HOME DEPOT USA, INC.** § | | |
| *Defendant*. § | JURY DEMANDED | |

**DEFENDANT HOME DEPOT U.S.A., INC.'S
<u>NOTICE OF REMOVAL</u>**

TO THE HONRABLE JUDGE OF SAID COURT:

COMES NOW, Defendant HOME DEPOT U.S.A., INC. ("Home Depot"), Defendant in the above-entitled and numbered cause, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

### I. BACKGROUND

1. Home Depot is the defendant in a civil action pending in the 152nd Judicial District Court of Harris County, Texas entitled *Princesther Courtney-Taylor v. Home Depot U.S.A. Inc.,*; Cause No. 2022-37311 (hereinafter referred to as "State Court Action"). As required by 28 U.S.C. §§ 1446(a), attached hereto as Exhibit "A" is the Index of Documents filed with the Notice of Removal, Exhibit "B" is the State Court Action Documents which includes the docket sheet (Case History) and true and correct copies of all process, pleadings, and orders served upon Home Depot in the State Court Action, and Exhibit "C" is a List of All Parties and Counsel, and Civil Cover Sheet.

2. The State Court Action was filed on June 22, 2022. Home Depot was served with Plaintiff's Original Petition (hereinafter referred to as the "Petition") on July 1, 2022. The Petition

1.

asserts premises liability and negligence claims against Home Depot, based on a personal injury accident that allegedly occurred in a Home Depot store on W. Lake Houston Parkway in Houston, Texas on September 7, 2020, when Plaintiff Princesther Courtney-Taylor ("Plaintiff") slipped and fell as a result of water on the ground in the entry doorway. Plaintiff seeks to recover monetary relief of over $250,000.00 as pled in Section 7.2 of the Petition. Thus, it is facially apparent from the Petition that Plaintiff seeks damages in excess of $75,000.00, such that the amount in controversy requirement for diversity jurisdiction is satisfied. Therefore, this Notice of Removal is timely filed within thirty (30) days of service of process of the first pleading or other paper from which it could be determined that the amount in controversy is in excess of $75,000.00, exclusive of costs. *See* 28 U.S.C. §§ 1446(b).

## II.  DIVERSITY OF CITIZENSHIP

3. Plaintiff is, and was at the time of the filing of this action, a citizen of the State of Texas.

4. Home Depot is, and was at the time of the filing of this action, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia.

5. Consequently, the district courts of the United States have original jurisdiction over this action based on complete diversity of citizenship amongst and between the parties, in that Plaintiff and Home Depot are now, and were at the time this action commenced, diverse in citizenship from each other.

6. Under 28 U.S.C. § 1446(a), venue of the removed action is proper in this Court as it is the district and division embracing the place where the State Court Action is pending.

7. Pursuant to 28 U.S.C. § 1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Court of Harris County, State of Texas, where the State Court Action was previously pending.

8. Jury Demand – Home Depot hereby requests a trial by jury on all issues and claims in this cause.

WHEREFORE, Defendant Home Depot U.S.A., Inc. hereby removes the case styled Cause No. 2022-37311; *Princesther Courtney-Taylor v. Home Depot U.S.A. Inc.*; 152nd Judicial District Court of Harris County, Texas, and respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

Respectfully submitted,

**BROTHERS, ALVARADO, PIAZZA & COZORT, P.C.**

By:   **/s/ Frank A. Piazza, Jr.**
Frank A. Piazza, Jr.
Attorney-in-Charge
State Bar No. 24037281
Federal ID No. 34725
fpiazza@brothers-law.com
Lucia D. Zhan
Of Counsel
State Bar No. 24125959
lzhan@brothers-law.com
10333 Richmond Ave, Suite 900
Houston, Texas 77042
(713) 337-0750 – Telephone
(713) 337-0760 – Facsimile

**Attorneys for Defendant, Home Depot U.S.A., Inc.**

3.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served upon the following counsel of record in compliance with Rule 5(a) of the Federal Rules of Civil Procedure on this the 27th day of July, 2022.

**VIA ESERVICE**
Steven R. Hollingsworth
Harrison C. Royalty
HOLLINGSWORTH LAW FIRM, PLLC
1415 North Loop West, Suite 200
Houston, Texas 77008
*Attorneys for Plaintiff*

**BROTHERS, ALVARADO, PIAZZA & COZORT, P.C.**

By:   */s/ Frank A. Piazza, Jr.*
         Frank A. Piazza, Jr.

4.